Michael K. Hepworth (UT-15157)
Christoffer T. Binning (UT-17942)
**HEPWORTH LEGAL**
320 W 500 S, Ste. 200
Bountiful, Utah 84010
Phone: (801) 872-2222
michael@hepworthlegal.com
cbinning@hepworthlegal.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **NARVIN LICHFIELD**, *Plaintiff*, vs. **KATHERINE KUBLER**, **NETFLIX, INC.**, and **JOHN DOES A-L**, *Defendants*. | **NOTICE OF ACKNOWLEDGMENT** **Case No.:** 2:24-cv-00458-CMR **Judge:** *Honorable* Cecilia M. Romero |

Pursuant to the Court's Standing Order in Civil Cases (ECF 32), counsel for Plaintiff Narvin Lichfield hereby acknowledge that counsel of record Michael K. Hepworth and Christoffer T. Binning have carefully read and will comply with that Order.

Plaintiff's counsel believes that their original acknowledgement was filed pursuant to the timeline identified in the standing order; however, in reviewing the docket, it appears that such acknowledgement may not have properly appeared. Accordingly, and out of an abundance of caution, Plaintiff's counsel hereby submits this acknowledgement to ensure the record is complete in the event the original acknowledgement did not properly docket in the above-captioned matter.

**DATED:** June 23, 2025

*/s/ Christoffer T. Binning*
Michael K. Hepworth (UT-15157)
Christoffer T. Binning (UT-17942)
**HEPWORTH LEGAL**
*Counsel for Plaintiff*

| **CERTIFICATE OF SERVICE** ||
|---|---|
| I hereby certify that on 23 June 2025, I caused a true and correct copy of the foregoing document to be served, via the method indicated below, upon the following: ||
| David W. Tufts (UT-8736)<br>Ian M. Kinghorn (UT-17717)<br>**DENTONS DURHAM JONES PINEGAR P.C.**<br>david.tufts@dentons.com<br>ian.kinghorn@dentons.com<br><br>Natalie J. Spears (Pro Hac Vice)<br>Gregory R. Naron (Pro Hac Vice)<br>Jacqueline A. Giannini (Pro Hac Vice)<br>**DENTONS US LLP**<br>natalie.spears@dentons.com<br>gregory.naron@dentons.com<br>jacqui.giannini@dentons.com<br><br>*Counsel for Defendants Katherine Kubler & Netflix, Inc.* | ***Via Electronic Filing Notification*** |