Michael K. Hepworth (UT-15157)
Christoffer T. Binning (UT-17942)
**HEPWORTH LEGAL**
320 W 500 S, Ste. 200
Bountiful, Utah 84010
Phone: (801) 872-2222
michael@hepworthlegal.com
cbinning@hepworthlegal.com

*Counsel for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **NARVIN LICHFIELD**,<br><br>*Plaintiff,*<br><br>vs.<br><br>**KATHERINE KUBLER**, **NETFLIX, INC.**, and **JOHN DOES A-L**,<br><br>*Defendants.* | **REQUEST FOR HEARING**<br><br>**Case No.:** 2:24-cv-00458-CMR<br><br>**Judge:** *Honorable* Jill N. Parrish |

Plaintiff, NARVIN LICHFIELD, by and through the undersigned counsel, respectfully request the Court schedule a hearing to address and rule on Docket Entry 28. The motion has been fully briefed since November 12, 2024; however, no ruling has been issued, and no hearing has been scheduled. Accordingly, Plaintiff respectfully request a hearing be scheduled, or a ruling be issued to resolve the pending motion.

**DATED:** June 26, 2025.

/s/ *Christoffer T. Binning*
Christoffer T. Binning (UT-17942)
**HEPWORTH LEGAL**
*Counsel for Plaintiff*

| CERTIFICATE OF SERVICE ||
|---|---|
| I hereby certify that on 26 June 2025, I caused a true and correct copy of the foregoing document to be served, via the method indicated below, upon the following: ||
| David W. Tufts (8736)<br>Ian M. Kinghorn (17717)<br>DENTONS DURHAM JONES PINEGAR P.C.<br>111 South Main, Suite 2400<br>Salt Lake City, Utah 84111<br>(801) 415-3000<br>david.tufts@dentons.com<br>ian.kinghorn@dentons.com<br><br>Natalie J. Spears (pro hac vice)<br>Gregory R. Naron (pro hac vice)<br>Jacqueline A. Giannini (pro hac vice)<br>DENTONS US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361<br>(312) 876-8000<br>natalie.spears@dentons.com<br>gregory.naron@dentons.com<br>jacqui.giannini@dentons.com<br><br>*Attorneys for Defendants Katherine Kubler and Netflix, Inc.* | ***Via Electronic Filing Notification*** |

/s/ *Christoffer T. Binning*