UNITED STATES DISTRICT COURT

for the

DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| NARVIN LICHFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-00458-JNP-CMR |
| ) | |
| KATHERINE KUBLER, ) | |
| an individual, and ) | |
| NETFLIX, INC., ) | |
| a Delaware corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEAL**

     Narvin Lichfield appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on September 29, 2025. Appellant intends to appeal any subsequent order on attorneys' fees and will file an amended notice if necessary under Fed. R. App. P. 4(a)(4)(B)(ii).

Dated: October 24, 2025

/s/ Michael K. Hepworth
Michael K. Hepworth (UT Bar # 15157)
Attorney for Plaintiff Narvin Lichfield
HEPWORTH LEGAL
320 West 500 South Suite 200
Bountiful, UT 84010
michael@hepworthlegal.com
801-872-2222